**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Xata Corporation,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>PJC Logistics, LLC,<br><br>　　Defendant and Counterclaim Plaintiff. | Case No. 0:11-cv-00871-ADM-JJG |

### PJC LOGISTICS, LLC's RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant and Counterclaim Plaintiff PJC Logistics, LLC ("PJC"), for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent corporation or publicly traded corporation that owns 10% or more of its stock.

Dated:  August 25, 2011.

　　　　　　　　　　　　　　　　　　s/ Alan M. Anderson
　　　　　　　　　　　　　　　　　　Alan M. Anderson (149500)
　　　　　　　　　　　　　　　　　　Alan Anderson Law Firm LLC
　　　　　　　　　　　　　　　　　　Suite 1260 The Colonnade
　　　　　　　　　　　　　　　　　　5500 Wayzata Blvd.
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55416
　　　　　　　　　　　　　　　　　　Tel:  612-756-7000
　　　　　　　　　　　　　　　　　　Fax:  612-756-7050
　　　　　　　　　　　　　　　　　　Email:  aanderson@anderson-lawfirm.com

　　　　　　　　　　　　　　　　　　OF COUNSEL:

　　　　　　　　　　　　　　　　　　Steven R. Daniels
　　　　　　　　　　　　　　　　　　Texas State Bar No. 24025318
　　　　　　　　　　　　　　　　　　Farney Daniels LLP
　　　　　　　　　　　　　　　　　　800 S. Austin Ave., Suite 200
　　　　　　　　　　　　　　　　　　Georgetown, TX  78626
　　　　　　　　　　　　　　　　　　Telephone: (512) 582-2820
　　　　　　　　　　　　　　　　　　E-mail: sdaniels@farneydaniels.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR**
　　　　　　　　　　　　　　　　　　**DEFENDANT/COUNTER-CLAIMANT**
　　　　　　　　　　　　　　　　　　**PJC LOGISTICS, LLC**