# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 2249 |
| XATA CORPORATION, | |
| Plaintiff, | Case No.: 0:11-cv-00871-DWF-SER |
| vs. | |
| PJC LOGISTICS, LLC, | |
| Defendant. | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that David A. Gerasimow shall appear as counsel of record for Plaintiff XATA CORPORATION in this case.

Dated:  January 31, 2012

/s/David A. Gerasimow
David A. Gerasimow (#0389309)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Ph:  612-335-5070
Fax:  612-288-9696
gerasimow@fr.com

**Attorneys for Plaintiff
XATA CORPORATION**

60750349.doc

1