# EXHIBIT B

**EXHIBIT B**

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

3200 RBC Plaza
60 South Sixth Street
Minneapolis, Minnesota
55402

Telephone
612 335-5070

Facsimile
612 288-9696

Web Site
www.fr.com

**David A. Gerasimow**
612 766-2072

Email
Gerasimow@fr.com

April 17, 2012

*Via Electronic Mail*

Brian Farney, Esq.
Farney Daniels LLP
800 South Austin Ave., Suite 200
Austin, TX 78626-5845

Re:   *In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION*
Case No. 11-md-2249 DWF/SER

Dear Brian:

We write regarding PJC Logistics, LLC's ("PJC") supplemental infringement contentions concerning XATA Corporation ("XATA"), which we received around midnight last night.

We are in the process of reviewing these supplemental materials. At this time, we do not believe that any amendment to the Court's current briefing schedule is necessary, and that the parties should comply with the schedule set forth by the Court during the March 22nd status hearing, i.e., that the parties should simultaneously file briefs on any outstanding issues with respect to PJC's infringement contentions on April 30th.

Please be advised that, based on our preliminary review, it does not appear that PJC has adequately addressed all of the issues identified in our April 2nd correspondence, so as to fully comply with the Court's prior orders. (*See, e.g.*, Dkt. No. 44 at 2.)

Very truly yours,

/s/ *David A. Gerasimow*

David A. Gerasimow
Attorney for XATA Corporation

DYG/jdr

60765722.doc

**EXHIBIT B**